

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-20-00117-CR

| | | |
|---|---|---|
| DAVID DURAN, Appellant | § | On Appeal from the 211th District Court |
| | § | of Denton County (F-2003-0427-C) |
| V. | § | June 10, 2021 |
| | § | Memorandum Opinion by Justice Bassel |
| THE STATE OF TEXAS | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's order. It is ordered that the order of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

By /s/ Dabney Bassel
          Justice Dabney Bassel